FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 22, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STACY R. HAMMOND,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF ELLENSBURG; TERRY WEINER; JOHN AKERS; BRUCE TABB; NANCY LILLIQUIST; NANCY GOODLOE; STACY ENGEL; TRISTEN LAMB; DAVID MILLER; MARY MORGAN; ELLENSBURG POLICE DEPARTMENT; KEN WADE; DAN HANSBERRY; TIM WEED; BRETT KOSS; TONY SWARTZ; CHRIS HERION; JERICA PASCOE; BEAU SNOW; OLE HALL; and KEVIN KJORSVIK,<br><br>    Defendants. | No. 1:21-CV-03008-SAB<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On October 20, 2021, the Court issued an Order Granting Defendants' Motions to Dismiss, ECF No. 14. In the order, the Court dismissed Plaintiff's Complaint, ECF No. 1, Ex. A, and granted her leave to file an Amended Complaint. However, the Court stated "[o]n or before **December 21, 2021**,

**ORDER DISMISSING ACTION WITHOUT PREJUDICE** # 1

Plaintiff shall file a First Amended Complaint. If Plaintiff fails to comply with this Order, the action will be dismissed." ECF No. 14 at 4.

Plaintiff has still not submitted a First Amended Complaint. Thus, the Court dismisses this action without prejudice.

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned case is **DISMISSED without prejudice** for failure to submit a First Amended Complaint.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to *pro se* Plaintiff and counsel, and **close** the file.

**DATED** this 22nd day of December 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION WITHOUT PREJUDICE** # 2